JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

APR 28 1998

FILED
CLERK'S OFFICE

DOCKET NO. 1222

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OXFORD HEALTH PLANS, INC., SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, ROBERT R. MERHIGE, JR., WILLIAM B. ENRIGHT, CLARENCE A. BRIMMER, JOHN F. GRADY, BAREFOOT SANDERS AND LOUIS C. BECHTLE, JUDGES OF THE PANEL

TRANSFER ORDER

This litigation presently consists of 52 actions in the following federal districts: 38 actions in the District of Connecticut; nine actions in the Southern District of New York; four actions in the Eastern District of New York; and one action in the Eastern District of Arkansas. Before the Panel is a motion by plaintiffs in two Southern New York actions to centralize the actions in this docket, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings in the Southern District of New York. All responding parties agree that centralization in this New York court is appropriate.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact concerning allegations that Oxford Health Plans, Inc., (Oxford) made misrepresentations and/or omissions concerning the impact of changes made in its computer system. Centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation, while accordingly being necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. We leave to the discretion of the transferee judge the extent of coordination and/or consolidation of these actions.

We find that the Southern District of New York is the most appropriate transferee forum for this litigation. We note that all responding parties agree upon centralization in this district and documents and witnesses will likely be found there at Oxford's New York regional office.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending outside the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles L. Brieant, Jr., for coordinated or consolidated pretrial proceedings with the actions pending there.

FOR THE PANEL:

John F. Nangle
Chairman

# SCHEDULE A

MDL-1222 -- In re Oxford Health Plans, Inc., Securities Litigation

### Eastern District of Arkansas

Elena Rudish v. Oxford Health Plans, Inc., et al., C.A. No. 4:97-1053

### District of Connecticut

Charles Heller v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2295
Martin Lowrie Ira v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2299
Timothy O. Fanning v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2300
Joseph C. Barton v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2306
Rita Sager v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2310
Marcia Cohen, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2316
Melvin S. Katzman v. Stephen Wiggins, et al., C.A. No. 3:97-2317
Miri Shapiro v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2324
Howard Vogel Retirement Plan, et al. v. Oxford Health Plans, Inc., et al.,
    C.A. No. 3:97-2325
Daniel Willis v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2326
Elvino A. Saura v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2329
Joseph Selig v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2337
Brett Brandes v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2343
Carol Ross v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2344
Sheila Sole v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2345
Earl D. Henricks v. Stephen F. Wiggins, et al., C.A. No. 3:97-2346
Jeffrey Williams v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2348
Direct Marketing Day in New York, Inc. v. Stephen F. Wiggins, et al.,
    C.A. No. 3:97-2349
Harold Serbin v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2426
I. Leonard Hoffman v. Stephen F. Wiggins, et al., C.A. No. 3:97-2458
Thomas Duane Armstrong, et al. v. Oxford Health Plans, Inc., et al.,
    C.A. No. 3:97-2470
Gil Roeder, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2496
Mardi Braun v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2510
Thomas C. Blauvelt, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2512
Chris Hobler, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2535

**MDL-1222 Schedule (Continued)**

### District of Connecticut (Continued)

Ernest P. Bergmann v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2564
Nicole Pasternak v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2567
Perkins Partners I, Ltd. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2573
N.I.D.D., Ltd. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2584
Howard Burch v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2585
Wei-Mon Mark v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2594
Dean Ross, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2613
Judith Mosson v. Stephen F. Wiggins, et al., C.A. No. 3:97-2651
William Lerchbacker, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2670
State Board of Administration of Florida v. Oxford Health Plans, Inc., et al.,
  C.A. No. 3:97-2709
Lawrence A. Ceisler v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2729
Josh Scheinfeld v. Oxford Health Plans, Inc., et al., C.A. No. 3:97-2734
Cheryl Fisher, et al. v. Stephen F. Wiggins, et al., C.A. No. 3:97-2742

### Eastern District of New York

Morris J. Koenig v. Oxford Health Plans, Inc., et al., C.A. No. 1:97-6188
Robert Wolper v. Oxford Health Plans, Inc., et al., C.A. No. 1:97-6299
Al Tawil v. Oxford Health Plans, Inc., et al., C.A. No. 1:97-7289
Howard Winters, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 1:97-7449

### Southern District of New York

Arthur Plevy v. Stephen F. Wiggins, et al., C.A. No. 1:98-165
Judith Mosson v. Stephen F. Wiggins, et al., C.A. No. 1:98-219
Clark Boyd, et al. v. Stephen F. Wiggins, et al., C.A. No. 1:98-277
Angeles Glick v. Stephen F. Wiggins, et al., C.A. No. 1:98-345
Metro Services, Inc., et al. v. Oxford Health Plans, Inc., et al., C.A. No. 7:97-8023
Worldco, LLC, et al. v. Oxford Health Plans, Inc., et al., C.A. No. 7:97-8494
Marko Jerovsek v. Oxford Health Plans, Inc., et al., C.A. No. 7:97-8882
North River Trading Co. v. Oxford Health Plans, Inc., et al., C.A. No. 7:97-9372
Edna Roth v. Stephen F. Wiggins, et al., C.A. No. 7:98-153